## 16887. HALES v. THE STATE.

LUKE, J. Margaret Hales was convicted of the offense of fornication and
adultery. The evidence raised a strong suspicion of her guilt, but was
not sufficient to authorize her conviction. For this reason the court
erred in overruling the motion for a new trial.
*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 15; 1925.

Indictment for misdemeanor; from Gordon superior court—
Judge Tarver. September 12, 1925.

The indictment charged Margaret Hales with the offense of mis-
demeanor, for that she did unlawfully and with force and arms,
she being a single woman, have unlawful sexual intercourse with
one Joe Goble. It was testified that the defendant and Joe Goble,
a married man, had often, and sometimes at night, been seen rid-
ing together, but he had never been seen riding with his wife;
·that on several occasions Goble bought two railroad-tickets. and
got on a night train with the defendant; that about two years
before the trial they left the county about the same time and
remained away, but had been seen coming to his mother's in a
car and going back to Chattanooga together; that at the time of
his leaving, his wife did not leave, but remained with his mother
and made a crop, and that when the defendant was arrested she
was at his house near Chattanooga, and his wife and children also
were there, and that she had never been married, but had several
children; and the State introduced in evidence a bond given by
her, signed by Joe Goble as surety, to guarantee the maintenance
and education of a bastard child born to her, within a period of
two years before the term at which the indictment was returned.
The defendant, in her statement at the trial, denied the charge,
and said that her two brothers, her sisters, and her brother-in-law

lived in the same house in Chattanooga with Joe Goble and his wife, that the car in which she rode with him belonged to her brother and Goble together, and that Goble was not the father of any of her children.

*A. L. Henson,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.